**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
**The Honorable Michael E. Romero**

In re:

Sarah Tiffany Pfeil
Joseph William Pfeil

Debtors.

Case No. 25-11262 MER

Chapter 13

**NOTICE OF RESCHEDULED HEARING**

PLEASE TAKE NOTICE that the confirmation hearing which was originally scheduled on Monday, September 22, 2025, at 1:30 p.m. is rescheduled to **Monday, October 20, 2025, at 1:30 p.m.** by telephone. All information regarding telephonic appearances is available on the Court's website at: https://www.cob.uscourts.gov/content/judge-michael-e-romero-mer.

Debtors shall provide the Chapter 13 Trustee with all requested documentation and shall file any required amended schedules and an updated confirmation status report or verification of confirmable plan on or before **October 10, 2025.**

DATED: September 16, 2025

BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
United States Bankruptcy Court
U.S. Custom House
721 19th Street
Denver, Colorado 80202-2508